

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00190-CV

### IN THE INTEREST OF E.S. AND K.S., CHILDREN

On Appeal from the
425th Judicial District Court of Williamson County, Texas
Trial Court Cause No. 13-3550-F425

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed in part for lack of jurisdiction but otherwise should be reversed and rendered. The Court thus dismisses the appeal in part for lack of jurisdiction but then orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 15, 2026